**Order entered June 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00712-CV

### ROBERT WINSPEAR, Appellant

### V.

### COCA-COLA REFRESHMENTS, USA, INC., Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01740-2012**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Lewis

We **GRANT** appellant's petition for permission to appeal the trial court's order on choice of law. Appellant's notice of appeal is deemed to have been filed as of today's date.

On June 10, 2013, this Court's clerk's office inadvertently sent appellant notice that the clerk's record was past due. In response, appellant filed a motion for an extension of time to file the clerk's record. We **DENY** appellant's motion as moot. The clerk's record is due July 8, 2013. *See* TEX. R. APP. P. 35.1(b).

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable John Roach, Jr., Judge of the 296th Judicial District Court of Collin County, Texas, and all counsel of record.

/s/     DAVID LEWIS
JUSTICE